**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THOMAS CUNNINGHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-184-D |
| | ) | |
| WARDEN, FCI EL RENO, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Thomas Cunningham, appearing *pro se*, sought habeas relief under 28 U.S.C. § 2241, challenging the execution of his sentence. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3].

On May 8, 2026, the magistrate judge issued a Report and Recommendation ("Report"), in which he recommends dismissing the matter as moot, because Petitioner has been released from the Federal Bureau of Prison's custody. [Doc. No. 9]. Petitioner was expressly informed of his right to object to the Report, the procedure for doing so, and the consequences for failing to object on or before May 29, 2026. *Id.* at p. 5. Petitioner has neither timely objected nor sought additional time to do so. Thus, the Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court **ADOPTS** the magistrate Judge's Report [Doc. No. 9] in its entirety.

1

**IT IS THEREFORE ORDERED** that this action is **DISMISSED AS MOOT**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 12th day of June, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2